UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 1:23-cv-2232- JRS-TAB |
| vs. | ) ) |
| KC PROPERTIES OF IN LLC, an Indiana Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorney's fees, costs, and expenses.

Dated: <u>July 3, 2024</u>

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Louis@kumussman.com

and

Eric C. Bohnet, Esq.

Respectfully submitted,

*/s/ Alexander P. Will*
Alexander P. Will, Esq.
Bar No. 23474-49
Katherine M. Slisz, Esq.
Bar No. 36317-49
Frost Brown Todd LLP
111 Monument Circle
Suite 4500
Indianapolis, IN 46204
Tel: (317) 237-3489
awill@fbtlaw.com
kslisz@fbtlaw.com

Attorney No. 24761-84  
Attorney at Law  
6617 Southern Cross Drive  
Indianapolis, Indiana 46237  
Tel: (317) 750-8503  
ebohnet@gmail.com  

*Attorneys for Plaintiff*

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Alexander P. Will, Esq.  
Katherine M. Slisz, Esq.  
Frost Brown Todd LLP  
111 Monument Circle  
Suite 4500  
Indianapolis, IN 46204  
awill@fbtlaw.com  
kslisz@fbtlaw.com

By:  *Louis I. Mussman* .  
Louis I. Mussman, Esq.